# IN THE SUPREME COURT

<small>Disposition of Petitions for Discretionary Review Under G.S. 7A-31</small>

## Petition to Rehear

| | | | |
|---|---|---|---|
| Holcomb v.<br>Colonial Assocs.,<br>L.L.C.<br><br>Case below:<br>358 N.C. 501 | No. 581A02 | Def's (Colonial Associates) Petition for Rehearing (COA01-1067) | Denied<br>(12/02/04) |